```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 15552
   TAMMY L HELSEL
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

        Debtor
   SSN XXX-XX-4331


--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 08/27/2007 and was confirmed 10/18/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was converted to chapter 7 after confirmation 07/18/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST        PRINCIPAL
                                                            PAID            PAID
--------------------------------------------------------------------------
CAPITAL ONE AUTO FINANCE  SECURED VEHIC   23190.00        1327.56         1672.45
CAPITAL ONE AUTO FINANCE  UNSECURED           .17             .00             .00
DAIMLER CHRYSLER FINANCI  SECURED NOT I   12122.59            .00             .00
WELLS FARGO FINANCIAL IL  CURRENT MORTG       .00             .00             .00
ARROW FINANCIAL SERVICES  UNSECURED       NOT FILED          .00             .00
HOUSEHOLD B               NOTICE ONLY     NOT FILED          .00             .00
AT&T UNIVERSAL            UNSECURED       NOT FILED          .00             .00
CAPITAL ONE BANK          UNSECURED       NOT FILED          .00             .00
RESURGENT CAPITAL SERVIC  UNSECURED        2062.44            .00             .00
LOWES/MBGA                UNSECURED       NOT FILED          .00             .00
MUTUAL HOSPITAL SERVICES  UNSECURED       NOT FILED          .00             .00
ST JAMES HOSPITAL         NOTICE ONLY     NOT FILED          .00             .00
MUTUAL HOSPITAL SERVICES  UNSECURED       NOT FILED          .00             .00
ST JAMES HOSPITAL         NOTICE ONLY     NOT FILED          .00             .00
NICOR GAS                 UNSECURED       NOT FILED          .00             .00
TARGET NATIONAL BANK      UNSECURED         161.53            .00             .00
WELLS FARGO FINANCIAL     UNSECURED        1164.38            .00             .00
WELLS FARGO FINANCIAL IL  MORTGAGE ARRE     323.46            .00             .00
WELLS FARGO FINANCIAL     SECURED          1800.00          53.31          396.70
THOMAS W DREXLER          DEBTOR ATTY     2,804.00                        2,804.00
TOM VAUGHN                TRUSTEE                                           487.91
DEBTOR REFUND             REFUND                                            721.11

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                   7,463.04

PRIORITY                                                 .00
SECURED                                             2,069.15
    INTEREST                                        1,380.87

               PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 15552 TAMMY L HELSEL
```

```
UNSECURED                                                            .00
ADMINISTRATIVE                                                  2,804.00
TRUSTEE COMPENSATION                                              487.91
DEBTOR REFUND                                                     721.11
                                        ---------------   ---------------
TOTALS                                         7,463.04          7,463.04
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 10/22/08               _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE